IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROD MARSHALL, KIMBERLY C. BUNJER QUICK, DAVID HAYES, RON FUCINARO, ROBERT HAYWORTH, and TIMOTHY MCCORMICK, Trustees of Contractors, Laborers, Teamsters and Engineers Health & Welfare Plan and Contractors, Laborers, Teamsters and Engineers Pension Plan, and LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, LOCAL 1140, | ) ) ) ) ) ) ) ) ) ) ) | 8:08CV168 ORDER |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| THERESA BAGGETT, d/b/a Baggett Masonry, Inc., | ) ) ) | |
| Defendant. | ) | |

    This matter is before the court on plaintiffs' motion for attorney fees. Filing No. 21. Pursuant to 29 U.S.C. § 1132(g), plaintiffs are entitled to reasonable attorney fees and costs of the action. The court has already determined that plaintiffs are the prevailing parties in this action and entered judgment in that regard. Filing No. 25 and Filing No. 26. The court has reviewed the motion, and the affidavit of Duncan Young, Filing No. 22, and finds the hourly amount of $150.00 is a reasonable hourly fee and the total request of $5,559.02 is a reasonable amount for the fees incurred by the CLT&E Pension Plan and the CLT&E Health and Welfare Plan.

    THEREFORE, IT IS ORDERED that plaintiffs' motion for attorney fees in the amount of $5,559.02, Filing No. 21, is granted.

    DATED this 3rd day of August, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge