IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROD MARSHALL, KIMBERLY C. BUNJER QUICK, DAVID HAYES, RON FUCINARO, ROBERT HAYWORTH, and TIMOTHY MCCORMICK, Trustees of Contractors, Laborers, Teamsters and Engineers Health & Welfare Plan and Contractors, Laborers, Teamsters and Engineers Pension Plan, and LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, LOCAL 1140,<br><br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>THERESA BAGGETT, d/b/a Baggett Masonry, Inc.,<br><br>　　　　　　Defendant. | 8:08CV168<br><br>ORDER |

　　　　This matter is before the court on defendant Theresa Baggett's motion to extend her time for filing an appeal for thirty days pursuant to Fed. R. App. P. 4(5). Filing No. 29. In support of this motion defendant Baggett states that she has now retained counsel and has moved for motion to set aside her default judgment. Filing Nos. 26 and 30. The plaintiffs have not yet responded to this motion to set aside. After reviewing the record, the court finds the motion to extend time should be granted.

　　　　THEREFORE, IT IS ORDERED that defendant's motion to extend her time to file an appeal, Filing No. 29, is granted for thirty days pursuant to Fed. R. App. P. 4(5).

　　　　DATED this 25th day of August, 2009.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　Chief District Judge