# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROD MARSHALL, Trustee of Contractors Laborers, Teamsters and Engineers Health & Welfare Plan and Contractors Laborers, Teamsters and Engineers Pension Plan, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>THERESA L. BAGGETT, LARRY J. BAGGETT, and BAGGETT MASONRY, INC.,<br><br>Defendants. | 8:08CV168<br><br>ORDER |

The parties shall have to **on or before April 26, 2011**, to file a joint planning report pursuant to Federal Rule of Civil Procedure 26(f). Please use the revised "Form 35 (Rule 26(f)) Report" posted on the court's website, www.ned.uscourts.gov/forms.

**IT IS SO ORDERED.**

DATED this 11th day of April, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge