# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ROD MARSHALL, et al.,** | )<br>) |
| Plaintiffs, | )<br>)   8:08CV168 |
| v. | )<br>)   ORDER |
| **THERESA L. BAGGETT, et al.,** | )<br>) |
| Defendants. | ) |

Upon notice of settlement given to the magistrate judge on November 23, 2011, by counsel for the defendants,

**IT IS ORDERED that:**

1. **On or before December 23, 2011**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the Honorable Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The pretrial conference and trial previously scheduled are cancelled upon the representation that this case is settled.

DATED this 23rd day of November, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge