IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROD MARSHALL, TRUSTEE; KIM QUICK, TRUSTEE; RON KAMINSKI, TRUSTEE; RON FUCINARO, TRUSTEE; FRANK NEUVIRTH, TRUSTEE; TIMOTHY MCCORMICK, TRUSTEE OF CONTRACTORS LABORERS, TEAMSTERS AND ENGINEERS HEALTH & WELFARE PLAN; and ROD MARSHALL, TRUSTEE; KIM QUICK, TRUSTEE; RON KAMINSKI, TRUSTEE; RON FUCINARO, TRUSTEE; FRANK NEUVIRTH, TRUSTEE; TIMOTHY McCORMICK, TRUSTEE OF CONTRACTORS, LABORERS, TEAMSTERS AND ENGINEERS PENSION PLAN; and LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, LOCAL 1140, Plaintiffs, vs. THERESA L. BAGGETT, LARRY J. BAGGETT AND BAGGETT MASONRY, INC. Defendants. | CASE NO. 8:08-CV-168  **ORDER OF DISMISSAL WITH PREJUDICE** |

This matter comes before the Court on the parties' Stipulation for Joint Dismissal With Prejudice. The Court, being fully advised of the premises, finds that the stipulation should be, and the same hereby is, sustained.

THEREFORE, IT IS ORDERED that the above-captioned matter is hereby dismissed with prejudice, each party to bear their/its own costs and the complete record shall be waived.

Dated this 13th day of January 2012.

BY THE COURT,

*s/ Joseph F. Bataillon*
Chief District Judge